*E-filed* 5/30/06

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and ANGELA PHILLIPS, Revenue Officer,** ) ) ) | **NO. C 06-00327** |
| Petitioners, ) ) | **ORDER TO SHOW CAUSE RE** |
| v. ) ) | **ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS** |
| **ELAINE H. CHAN,** ) ) | |
| Respondent. ) ) | |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby:

**ORDERED** that respondent Elaine H. Chan appear before this Court on July 21, 2006, at 9 a.m., in Courtroom No. 6, 4th Floor, United States District Court, 280 S. First Street, San Jose, California, and then and there show cause, if any, why she should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon her as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent by petitioner in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five days before July 21, 2006; and it is further

**ORDERED** that within twenty-one days before July 21, 2006, respondent may file and serve a written response to the petition, supported by appropriate affidavits or declarations in

1  conformance with 28 U.S.C. § 1746, as well as any motion she desires to make; and that the
2  petitioner may file and serve a written reply to such response, if any, within fourteen days before
3  July 21, 2006.
4        **ORDERED** this   30th   day of May, 2006, at San Jose, California.

*/s/ Ronald M. Whyte*

Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

**ORD. TO SHOW CAUSE RE ENF.**
**OF IRS SUMMONS**                              2