KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER **(California State Bar No. 95024)**
Assistant United States Attorney

9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-6888
Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

*E-FILED - 7/13/06*

| | |
|---|---|
| **UNITED STATES OF AMERICA and ANGELA PHILLIPS, Revenue Officer,** | NO.   C-06-0327-RMW-RS |
| Petitioners, | **APPLICATION AND ORDER OF DISMISSAL** |
| v. | |
| **ELAINE H. CHAN,** | |
| Respondent. | |

Petitioners United States of America and Angela Phillips hereby advise the Court that respondent Elaine H. Chan has complied with Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

KEVIN V. RYAN
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

**O R D E R**

Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____13_____ day of July, 2006, at San Jose, California.

/S/ RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE